No. 602. THEOBALD INDUSTRIES, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Josephus C. Trimble* and *Joseph P. McCarthy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General*

*Burger, Melvin Richter* and *Morton Hollander* for the United States. .